Eastern District of Kentucky
**FILED**
JUN - 4 2019
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

| | |
|---|---|
| TIFFANY JANSEN,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:18-CV-00086 |

## AGREED ORDER OF DISMISSAL

This matter is before the Court on the parties' Agreed Motion to Dismiss with Prejudice (R. 27). The Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled case is dismissed with prejudice. All costs and expenses relating to this litigation, including attorney fees, shall be borne solely by the party incurring same.

SIGNED this 4th day of June, 2019.

*William O. Bertelsm*

United States District Judge